UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL ENOCH PICKARD-AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT,<br><br>Defendant. | CASE NO. C20-1248 RSM<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable United States Magistrate Judge David W. Christel. Dkt. #25. Plaintiff has not objected to the R&R. The Court adopts the R&R in whole and writes only to clarify one portion of the R&R.

One possible reading of the R&R is that to the extent Plaintiff made claims under 42 U.S.C. § 1983 those claims are subject to Washington's claim filing statute, RCW 4.92.110, and are barred by Plaintiff's failure to file a claim prior to pursuing this action. *See* Dkt. #25 at 4 (not specifying whether discussion applies to all claims or only to state law claims). The Court does not read the R&R as reaching that conclusion because § 1983 claims are not subject to the claim filing statute. *See Joshua v. Newell*, 871 F.2d 884, 886 (9th Cir. 1989) ("We hold that the Washington notice of claims statute does not apply to section 1983 claims brought in federal

ORDER – 1

court."). Accordingly, Plaintiff's failure to comply with the claim filing statute bars only his state law claims and not potential § 1983 claims. Regardless, any § 1983 claims are barred by the Eleventh Amendment for the reasons laid out in the R&R and summary judgment is appropriate on that basis.

Having made this clarification and having reviewed the R&R and the remainder of the record, the Court finds and ORDERS:

1. The Report and Recommendation (Dkt. #25) is ADOPTED.

2. Defendants' Motion for Summary Judgment (Dkt. #18) is GRANTED.

3. Plaintiff's claims are DISMISSED without prejudice.

Dated this 13th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER – 3